UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL REITER,

    Plaintiff,

-vs-                                      Case No. 5:05-cv-46-Oc-10GRJ

LAURIE A. BRANCH, AMY BRANCH,
PAUL BRANCH, JOSEPH G. CHIAPUSO,
BUCKEYEBRANCH, INC.,

    Defendants.
_____

**O R D E R**

The United States Magistrate Judge has issued a Report (Doc. 78) recommending that the Defendants' Motion to Dismiss Entire Amended Complaint Based on Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, Motion to Dismiss Counts I, II, III, IV, and V for Failure to State a Claim Upon Which Relief Can Be Granted (Doc. 30) be granted in part and denied in part, and further recommending that the Plaintiff's Motion to Join Additional Defendant and for Leave to File a Second Amended Complaint (Doc. 74) be denied.  There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objection has elapsed.

Accordingly, upon an independent examination of the file and upon due consideration, it is ordered and adjudged that:

(1) the Report and Recommendation of the Magistrate Judge (Doc. 78) is adopted, confirmed and made a part hereof;

(2) the Defendants' Motion to Dismiss Entire Amended Complaint Based on Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, Motion to Dismiss Counts I, II, III, IV, and V for Failure to State a Claim Upon Which Relief Can Be Granted (Doc. 30) is DENIED with respect to the Defendants' request to dismiss the amended complaint based on a lack of personal jurisdiction and/or improper venue;

(3) the Defendants' Motion to Dismiss (Doc. 30) is further DENIED with respect to Counts I (breach of fiduciary duty) and V (defamation) of the amended complaint;

(4) the Defendants' Motion to Dismiss (Doc. 30) is GRANTED with respect to Counts II (breach of express contract), III (breach of implied-in-fact contract), and IV (conversion); and

(5) the Plaintiff's Motion to Join Additional Defendant and for Leave to File a Second Amended Complaint (Doc. 74) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 6th day of December, 2005.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record